IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| Trevor Jay Steele | ) | Case No. 15-11543 |
| | ) | |

**CERTIFICATE OF SERVICE**

This is to certify that on the **14th day of May, 2015**, a true and correct copy of the Amended Statistical Summary of Certain Liabilities, Schedule I, Schedule J, Declaration Concerning Schedules, and Summary of Schedules [Document No. 13] and the Form 22C-1Statement of Current Monthly Income and Calculation of Commitment Period [Document No. 14] filed on the **14th day of May, 2015**, was forwarded via U.S. Mail, first class, postage prepaid, to the following:

All creditors on the attached mailing matrix.

/s/ Tearsa Storms Olson
Tearsa Storms Olson, OBA# 30265

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1087-5<br>Case 15-11543<br>Western District of Oklahoma<br>Oklahoma City<br>Thu May 14 17:02:04 CDT 2015 | Americredit Financial Services, Inc. dba GM<br>PO Box 183853<br>Arlington, TX 76096-3853 | USBC Western District of Oklahoma<br>215 Dean A. McGee<br>Oklahoma City, OK 73102-3426 |
| ATT<br>1801 Valley View Ln<br>Dallas TX 75234-8906 | Acceptance Now<br>2831 Conference Drive<br>Norman OK 73069-6577 | Afni<br>Attention: Bankruptcy<br>1310 Martin Luther King Dr<br>Bloomington IL 61701-1465 |
| Agency of Credit Control<br>2014 S Pontiac Way<br>Denver CO 80224-2412 | Alabama Child Support Enforcement<br>POB 244015<br>Montgomery AL 36124-4015 | COCMCHC<br>POB 400<br>Norman OK 73070-0400 |
| Charles Wadsack<br>415 Gray<br>Norman OK 73069-7117 | Cox Communication<br>PO Box 248851<br>Oklahoma City OK 73124-8851 | Credit Collection Services<br>POB 9133<br>Needham Heights MA 02494-9133 |
| Credit Collection Services<br>Two Wells Ave<br>Newton Center MA 02459-3246 | (p)DIRECTV LLC<br>ATTN BANKRUPTCIES<br>PO BOX 6550<br>GREENWOOD VILLAGE CO 80155-6550 | Diversified Consultants Inc<br>POB 1391<br>Southgate MI 48195-0391 |
| Gm Financial<br>Po Box 181145<br>Arlington TX 76096-1145 | Greens Apartments<br>3701 24th Ave S.E<br>Norman OK 73071-2982 | IC System<br>Attn: Bankruptcy<br>444 Highway 96 East; Po Box 64378<br>St. Paul MN 55164-0378 |
| Integris Canadian Valley Hosp<br>PO Box 268871<br>Oklahoma City OK 73126-8871 | Internal Revenue Service - OKC<br>Mailstop 5024 OKC<br>55 N Robinson<br>Oklahoma City OK 73102-9229 | Jana Ferrell And Assoc<br>1432 W Britton Rd Ste 2<br>Oklahoma City OK 73114-1304 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | John Casablanca's<br>5009 N Pennsylvania<br>Oklahoma City OK 73112-8887 | Law Offices of Keith Nedwick<br>104 E Eufala<br>Norman OK 73069-6017 |
| Midwestern Loans<br>2205 W Main Street, Ste 3<br>Norman OK 73069-6479 | Norman Regional Hospital Health System<br>PO Box 268961<br>Oklahoma City OK 73126-8961 | OU Physicians<br>PO BOX 269026<br>Oklahoma City OK 73126-9026 |
| Oklahoma Attorney Resources<br>The 3000 Center<br>3015 E Skelly Dr Ste 385<br>Tulsa OK 74105-6362 | Oklahoma Child Support Services<br>P.O. Box 248822<br>Oklahoma City OK 73124-8822 | Oklahoma Motor Credit Company<br>PO Box 15183<br>Oklahoma City OK 73155-5183 |

| | | |
|---|---|---|
| (p)OKLAHOMA TAX COMMISSION<br>120 N ROBINSON<br>STE 2000W<br>OKLAHOMA CITY OK 73102-7801 | Rausch Strum Israel Enerson Hornik<br>9208 N Kelley Ave<br>Oklahoma City OK 73131-2419 | Republic Bank and Trust<br>401 W Main Street<br>Norman OK 73069-1328 |
| Robinson Hoover Fugde<br>119 N Robinson Ste 1000<br>Oklahoma City OK 73102-4622 | Southwest Recovery Ser<br>15400 Knoll Trail Dr Ste<br>Dallas TX 75248-3476 | State Of Alabama Hr<br>50 N Ripley St<br>Montgomery AL 36130-1001 |
| Sun Loan Company<br>104 S Crawford Ave<br>Norman OK 73069-6011 | Sun Loans<br>104 S Crawford Ave<br>Norman OK 73069-6011 | Therapy In Motion PC<br>2475 Boardwalk<br>Norman OK 73069-6332 |
| U.S. Trustee<br>United States Trustee<br>215 Dean A. McGee Ave., 4th Floor<br>Oklahoma City, OK 73102-3444 | Usaa Sb<br>10750 Mc Dermott<br>San Antonio TX 78288-1600 | Verizon<br>500 Technology Dr<br>Ste 550<br>Weldon Spring MO 63304-2225 |
| Works & Lentz, Inc.<br>3030 NW Expressway St, Ste 1300<br>Oklahoma City OK 73112-5442 | World Finance Corp<br>World Acceptance Corp/Attn Bankruptcy<br>Po Box 6429<br>Greenville SC 29606-6429 | John T. Hardeman<br>PO Box 1948<br>Oklahoma City, OK 73101-1948 |
| Tearsa Storms Olson<br>Storms Law Office<br>2400 NW 23rd St., Ste. 102<br>Oklahoma City, OK 73107-2438 | Trevor Jay Steele<br>1600 Ann Branden Blvd Apt 211<br>Norman, OK 73071-1500 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Direct TV<br>POB 78626<br>Phoenix AZ 85062-8626 | Jefferson Capital Systems<br>16 Mcleland Rd<br>Saint Cloud MN 56303 | Oklahoma Tax Commission<br>Bankruptcy Section<br>General Counsel<br>Box 53248<br>Oklahoma City OK 73152-3248 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)AmeriCredit Financial Services, Inc. dba G<br>P O Box 183853<br>Arlington, TX 76096-3853 | End of Label Matrix<br>Mailable recipients   46<br>Bypassed recipients    1<br>Total                 47 |