## IN THE DISTRICT COURT OF OKLAHOMA COUNTY
## STATE OF OKLAHOMA

| | |
|---|---|
| Oklahoma Motor Credit Company, | ) |
| Plaintiff, | ) ) |
| v. | ) Case No. CJ-2014-7037 |
| Steele, Trevor J. | ) ) ) |
| Defendant. | ) ) ) |

### SUGGESTION OF BANKRUPTCY

COMES NOW the Defendants, Trevor Steele, by and through their counsel, Tearsa Storms Olson, and would state that they have filed a Chapter 13 Bankruptcy Petition in the United States Bankruptcy Court for the Western District of Oklahoma, Case No. 15-111543, on the 24th day of April, 2015, and that the automatic stay imposed by 11 U.S.C. § 362 is in full force and effect.

Respectfully submitted,

_____
Tearsa Storms Olson, OBA# 30265
Storms Law Office, PC
2400 NW 23rd Street, Suite 102
Oklahoma City, OK 73107
Tel: (405) 582-0012
Fax: (405) 212-4872
E-mail: tearsastorms@gmail.com

## **CERTIFICATE OF SERVICE**

      This is to certify that on this 21 day of May, 2015, a true and correct copy of the above and forgoing was mailed, to:

Hoover, Michael
119 N Robinson, Ste. 1000
Robinson, Hoover & Fudge
OKC, OK 73102

                                                                                             Tearsa Storms Olson, OBA #30265